1046

No. 02–10003. CALEF v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 02–10005. RODRIGUEZ-DISLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10006. COCKBURN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 02–10007. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10013. BRADFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10014. BROWN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10015. SOTO BOUZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–10016. MCQUEEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–10017. MCCLURGE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10019. EATON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10021. BEAUFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10022. BATTEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10023. LEGG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10030. SNULLIGAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10031. STORY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10036. RUIZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.